JERMYN v. SEARING et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Joseph J. Jermyn against Frederick F. Searing and others. No opinion. Motion granted. Time to file brief extended to February 15th. Settle order on notice. See, also, 160 App. Div. 832, 146 N. Y. Supp. 57.

JOHN B. TAYLOR CO., Respondent, v. VIOLET et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by the John B. Taylor Company against Catharine Violet and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

JOHN SIMMONS CO. v. VAN REES. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by the John Simmons Company against Abraham C. Van Rees. No opinion. Application denied, with $10 costs. Order signed. See, also, 87 Misc. Rep. 284, 149 N. Y. Supp. 857.

JOHNSON, Respondent, v. OTIS ELEVATOR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Maria Johnson, as administratrix, etc., of Carl A. Johnson, deceased, against the Otis Elevator Company. No opinion. Judgment and order unanimously affirmed, with costs.

JOHNSON, Respondent, v. SAYLES, Appellant. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by John A. Johnson against Julius Sayles. No opinion. Judgment and order unanimously affirmed, with costs.

In re JOLLES. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) In the matter of the application of Morris Jolles for admission to the bar. No opinion. Application granted.

In re JONES. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) In the matter of the judicial settlement of the accounts of W. Martin Jones, as trustee under the will of Henry Powis, deceased. No opinion. Motion granted, and appeal dismissed, without costs. Held, that there was a good common-law arbitration, which is binding and conclusive upon the appellant, and that the respondents are entitled to have the appeal dismissed.

JONES, Respondent, v. LEE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Horwood V. Jones, as receiver, etc., against George W. Lee, impleaded with David Ballas. No opinion. Order affirmed, with $10 costs and disbursements.

JONES, Appellant, v. SANDIFORD, Respondent. (Supreme Court, Appellate Division, Second Department. February 26, 1915.) Action by Gertrude M. Jones against Richard Sandiford. No opinion. Motion denied, without costs. See, also, 150 N. Y. Supp. 1091.

JOSEPH, Appellant, v. GUERNSEY, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Isadore S. Joseph against Aai Guernsey. No opinion. Interlocutory judgment reversed, with $10 costs and disbursements, upon the authority of Stroock Plush Co. v. Talcott, 129 App. Div. 14, 113 N. Y. Supp. 214, and demurrer sustained, without costs.

JUDD v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Ora Judd against the New York Central & Hudson River Railroad Company. No opinion. Motion denied. See, also, 149 N. Y. Supp. 733.

KAMMAN, Respondent, v. KAMMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Cora A. Kamman against John H. Kamman. PER CURIAM. Appeals from orders dismissed, unless appellant file and serve the printed papers and briefs on or before the 7th day of March, and be ready to argue the appeals on the 12th day of March. Appeal from judgment dismissed, unless appellant file and serve the printed papers and briefs on appeal on or before the 12th day of March, and be ready to argue the appeal on the 15th day of March. See, also, 151 N. Y. Supp. 226.

KEEL v. JOBSON & GIFFORD CO. et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Julia Keel, as administratrix, etc., against the Jobson & Gifford Company, impleaded, etc. No opinion. Motion to dismiss appeal granted with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1090.

KEENAN, Appellant, v. MILK, Respondent et al. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Frank Keenan against Morris Milk and another. PER CURIAM. The matters alleged in the "first separate defense" in the answer of defendant Morris Milk do not constitute a defense to the cause of action set forth in the complaint. These matters were provable under the denials of the answer, and it was not proper pleading to set them up as an affirmative defense. Therefore the motion of plaintiff to sustain his demurrer to these matters when pleaded as a defense should have been granted. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

KEERY, Respondent, v. OSCAR DANIELS CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Patrick Keery against the Oscar Daniels Company. No opinion. Judg-